## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **KEYSTONE MONTESSORI SCHOOL, a not-for-profit Illinois Corporation,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**VILLAGE OF RIVER FOREST, an Illinois municipal corporation,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)   **Case No.**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Defendant, VILLAGE OF RIVER FOREST, by and through its attorneys, KLEIN, THORPE AND JENKINS, LTD., presents this Notice of Removal requesting the removal of this case originally filed in the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1441 and 1446, and in support thereof, states as follows:

1. On March 6, 2018, Plaintiff filed this cause of action in the Circuit Court of Cook County, Illinois, as Case No. 2018 CH 02949. A copy of the initial process served, known pleadings and known orders, if any (none of which are known to have been entered in this case), are attached hereto, pursuant to 28 U.S.C. § 1446(a), and referred to herein as *Exhibit A*.

2. Two of the causes of action filed by Plaintiff are civil actions over which this Court has original jurisdiction under 28 U.S.C. §§ 1331, and those actions may be removed to this Court by Defendant Village of River Forest pursuant to the provisions of 28 U.S.C. §§ 1441 and 1443. Count II of Plaintiff's complaint alleges an unconstitutional

392841_1

condition under the U.S. Constitution and Count V (mislabeled as Count IV in Plaintiff's complaint) alleges a claim under the Equal Protection Clause of the Fourteenth Amendment of the U.S. Constitution. Furthermore, Plaintiff's complaint seeks attorneys' fees under 42 U.S.C. § 1988.

3.      This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over the additional causes of action: Count I (Contract Contravenes Public Policy), Count III (Illegal Contract Zoning) and Count IV (Illegal Perpetual Contract).

4.      Defendant Village of River Forest first received notice of the state court action by service of summons on March 6, 2018, and this Notice of Removal is timely filed within the thirty day period prescribed in 28 U.S.C. § 1446(b).

Respectfully submitted,

VILLAGE OF RIVER FOREST

By: /s/Kathleen M. Terese
      One of its attorneys

Allen Wall (jawall@ktjlaw.com)
Gregory T. Smith (gtsmith@ktjlaw.com)
Kathleen M. Terese (kmterese@ktjlaw.com)
KLEIN, THORPE AND JENKINS, LTD.
20 North Wacker Drive, Suite 1660
Chicago, Illinois  60606
(312) 984-6400
Attorney No.6302642